**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

'JUN 1 2 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **EXPARTE** | § | |
| | | |
| **FEDERICO GUZMAN** | | |
| **A.K.A. ERNESTO RIVERA** | § | Docket No. MISCELLANEOUS |
| **A.K.A. PEDRO QUINTANA GARCIA** | | |
| **A.K.A. JOAQUIN ALVAREZ-PEREZ** | § | B - 00 - ₥ 25 |
| **A.K.A. JESUS GARCIA-PEREZ** | | |

## WRIT OF CORAM NOBIS

Comes now FEDERICO GUZMAN, A.K.A. ERNESTO RIVERA, A.K.A. PEDRO QUINTANA GARCIA, A.K.A. JOAQUIN ALVAREZ-PEREZ, A.K.A. JESUS GARCIA-PEREZ, hereinafter referred to as defendant and pursuant to this Writ of Coram Nobis, moves the Court to vacate and set aside the judgments of conviction in the cases styled and numbered United States of America vs. Pedro Quintana Garcia, Cause No. B-95-850-M-01 and United States of America vs. Joaquin Alvarez-Perez, Cause No. B-99-4491-M-01. In support of defendant's Writ of Coram . Nobis, he would show the following:

I.

On July 24, 1995, defendant was convicted in the case styled and numbered United States of America vs. Pedro Quintana Garcia, Cause No. B-95-850-M-01, of the offense of Entering the United States Illegally, in violation of Title 8 of the United States Code Section 1325, hereinafter referred to as Title 8 U.S.C.A. Section 1325. (See Judgment of conviction attached hereto as Exhibit A)

II.

On September 24, 1999, defendant was convicted in the case styled and numbered United States of America vs. Joaquin Alvarez-Perez, Cause No. B-99-4491-M-01, of the offense of Entering the United States at a Point not Designated by the Immigration and Naturalization Service, in violation of Title 8 U.S.C.A. Section 1325. (See Judgment of conviction attached hereto as Exhibit B)

III.

The United States Government, through the use of a fingerprint expert, has concluded that Federico Guzman is the same person known as Pedro Quintana Garcia in Cause No. B-95-850-M-01 and Joaquin Alvarez-Perez in Cause No. B-99-4491-M-01.

IV.

Title 8 U.S.C.A. Section 1325, in relevant part, provides:

(a) Improper time or place; avoidance of examination or inspection; misrepresentation and concealment of facts

     Any alien who (1) enters or attempts to enter the United States at any time or place other than as designated by immigration officers, or (2) eludes examination or inspection by immigration officers, or (3) attempts to enter or obtains entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact, shall, for the first commission of any such offense, be fined under Title 18 or imprisoned not more than 6 months, or both, and, for a subsequent commission of any such offense, be fined under Title 18, or imprisoned not more than  2 years, or both.

(b) Improper time or place; civil penalties

     Any alien who is apprehended while entering (or attempting to enter) the Unites States at a time or place other than as designated by immigration officers shall be subject to a civil penalty of–
          (1) at least $50 and not more than $250 for each such entry (or attempted entry); or
          (2) twice the amount specified in paragraph (1) in the case of an alien who has been previously subject to a civil penalty under this subsection.

     Civil penalties under this subsection are in addition to, and not in lieu of, any criminal or other civil penalties that may be imposed.

(c) Marriage fraud

     Any individual who knowingly enters into a marriage for the purpose of evading any provision of the immigration laws shall be imprisoned for not more than 5 years, or fined not more than $2,500, or both.

(d) Immigration -related entrepreneurship fraud

     Any individual who knowingly establishes a commercial enterprise for the purpose of evading any provision of the immigration laws shall be imprisoned for not more than 5 years, fined in accordance with Title 18, or both.

V.

     Title 8 of the United States Code Annotated Section 1101 (3), defines, in relevant part, the term "alien" as meaning any person not a citizen or national of the United States.

VI.

     Defendant is a United States Citizen. Defendant was born in Brownsville, Cameron County, Texas, on March 1, 1959. (See copy of Birth Certificate and copy of Certificate of Baptism hereto attached as Exhibits C and D, respectively)  Therefore, defendant is not an alien as defined by Title 8 of the United States Code Annotated Section 1101(3).

## VII.

The trial court's error of convicting defendant in the cases styled and numbered United States of America vs. Pedro Quintana Garcia, Cause No. B-95-850-M-01 and United States of America vs. Joaquin Alvarez-Perez, Cause No. B-99-4491-M-01, is of a fundamental character. Defendant was convicted of violating Title 8 U.S.C. 1325 in both causes. Alienage is an element necessary to prove a case pursuant to Title 8 U.S.C. 1325. Defendant as a matter of law cannot be guilty under Title 8 U.S.C. 1325.

## VIII.

Defendant on June 1, 2000, pled guilty to the offense of perjury in the case styled and numbered United States of America vs. Federico Guzman Garcia, A.K.A. Ernesto Rivera Garcia, Cause No. 00-115-01-S1. Defendant is scheduled for sentencing on August 28, 2000.

## IX.

Defendant will suffer adverse collateral consequences which flow from his convictions in the cases styled and numbered United States of America vs. Pedro Quintana Garcia, Cause No. B-95-850-M-01 and United States of America vs. Joaquin Alvarez-Perez, Cause No. B-99-4491-M-01. The two (2) convictions for Illegal Entry, the subject of this Writ, will affect defendant adversely in that the convictions brand the defendant a criminal and will further affect his criminal history pursuant to the Federal Sentencing Guidelines.

## X.

The Defendant, although a U.S. Citizen, does not speak, read or write the English Language. The defendant is a humble individual that has no formal education. Because of his lack of knowledge, ignorance and resources, he did not attempt, at an earlier date, to correct the error committed by the courts in the cases styled and numbered United States of America vs. Pedro Quintana Garcia, Cause No. B-95-850-M-01 and United States of America vs. Joaquin Alvarez-Perez, Cause No. B-99-4491-M-01.

WHEREFORE, defendant prays this court, in an effort to achieve justice, grant this Writ of Coram Nobis and vacate and set aside the judgments of conviction in the cases styled and numbered United States of America vs. Pedro Quintana Garcia, Cause No. B-95-850-M-01 and United States of America vs. Joaquin Alvarez-Perez, Cause No. B-99-4491-M-0.

Respectfully submitted,

Law Office of Noe D. Garza, Jr.
854 E. Van Buren Street
Brownsville, Texas 78520
(956) 544-2911
(956) 544-7530 -fax

By:   _____

Noe D. Garza, Jr.
Federal ID# 8652
Attorney for Defendant

# Exhibit "A"

CVisPDF – www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

U.S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS

FILED: _8-18-95_

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | *  MAGISTRATE'S CASE NO. |
| VS | * |
| PEDRO QUINTANA GARCIA<br>DOB: 3/5/60 | *  B-95-850-M-01 |
| JOSE ROMERO ALVAREZ<br>DOB: 8/2/74 | *  B-95-851-M-01 |

## J U D G M E N T

On  July 24, 1995  , the defendants appeared in person and waived
counsel.

Whereupon the defendants entered a plea of guilty to the offense of
entering the United States illegally, in violation of 8 USC 1325,
as charged in the Complaint; and the Court having asked the
defendants whether they had anything to say why judgment should not
be pronounced, and no sufficient cause to the contrary being shown
or appearing to the Court;

IT IS ADJUDGED that the defendants are guilty as charged and
convicted.

IT IS ADJUDGED that imprisonment of 90 days and $10 special
assessment are hereby imposed.

IT IS ADJUDGED that the execution of the imprisonment sentence is
hereby suspended, and the defendants are placed on probation
without supervision for a period of 5 years, conditioned on no
further illegal or attempted illegal entry into the United States
or no other violations of federal and/or state laws.

DONE at Brownsville, Texas, on August 18, 1995  .

                                John Wm. Black
                        United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
                          Deputy Clerk

# Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 24 1999

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA    *
                             *
VS                         *    B-99-4491-M-01
                             *
JOAQUIN ALVAREZ-PEREZ    *
DOB: 3/5/60                *

Received

SEP 27 1999

U.S. Attorney's Office
Brownsville

J U D G M E N T

On <u>September 24, 1999,</u> defendant appeared and waived counsel.

Whereupon the defendant entered a plea of guilty to the offense of
entering the United States at a point not designated by the
Immigration and Naturalization Service, in Violation of 8 USC 1325,
as charged in the Complaint, and the court having asked the
defendant whether he had anything to say why judgment should not
pronounced, and no sufficient cause to the contrary being shown or
appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and
convicted.

The defendant is hereby sentenced to ninety (90) days in jail and
a special assessment of $10.00.

DONE at Brownsville, Texas on <u>September 24, 1999.</u>

John Wm. Black
United States Magistrate Judge

R E T U R N

# Exhibit "C"

CVisPDF – www.faxlos.com

## CERTIFICATION OF VITAL RECORD

# COUNTY OF CAMERON
### STATE OF TEXAS

62369

DELAYED CERTIFICATE OF BIRTH  31  CERTIFICATE NO. 192440

| STATE OF TEXAS | | | |
|---|---|---|---|
| **REGISTRANT** (Person whose birth is being registered) | 1. NAME (a) First FEDERICO | (b) Middle | (c) Last GUZMAN | 2. DATE OF BIRTH 3-1-59 |
| | 3. COLOR OR RACE WHITE  4. SEX MALE | 5a. CITY OR TOWN OF BIRTH (if outside city limits write "rural") BROWNSVILLE TEXAS | 5b. COUNTY OF BIRTH CAMERON COUNTY, TEXAS |
| **FATHER** | 6. FULL NAME (a) First | (b) Middle | (c) Last | 7. STATE OR COUNTRY OF FATHER'S BIRTH |
| **MOTHER** | 8. MAIDEN NAME JOSEFINA PEREZ | GARCIA | 9. STATE OR COUNTRY OF MOTHER'S BIRTH MEXICO |

**AFFIDAVIT** [Seal]

I hereby declare upon oath that the above statements are true to the best of my knowledge and belief.

10. SIGNATURE OF REGISTRANT

11. PRESENT ADDRESS OF REGISTRANT (Street Address, City and State) X1547 HARRISON BROWNSVILLE TEXAS

Subscribed and sworn to before me this 5th of Sept 19___

12. SIGNATURE OF NOTARY PUBLIC Evangelina Rodriguez

13. NOTARY PUBLIC COMMISSION EXPIRES June 1 19__

DO NOT WRITE BELOW THIS LINE

| | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
|---|---|---|---|---|
| **SUPPORTING DOCUMENT 1.** | Cert. of Baptismal Record, Our Lady of Guadalupe Church | Parish Secretary, Brownsville, Texas | 9-8-1969 | 7-31-1960 |
| | DATE OF BIRTH 3-1-1959 | PLACE OF BIRTH Brownsville, Texas | FULL NAME OF MOTHER Josefina Garcia | NAME OF FATHER |
| **SUPPORTING DOCUMENT 2.** | TYPE OF DOCUMENT Afft of Mother, Josefina Garcia deGuzman 1547 Harrison, Brownsville, Texas | BY WHOM ISSUED AND SIGNED Evangelina Rodriguez, N. P., Cameron County, Texas | DATE Rec'd 10-16-1969 | DATE ORIGINAL ENTRY 9-8-1969 |
| | DATE OF BIRTH 3-1-1959 | PLACE OF BIRTH Brownsville, Texas | FULL NAME OF MOTHER Josefina Garcia | NAME OF FATHER |
| **SUPPORTING DOCUMENT 3.** | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
| | DATE OF BIRTH | PLACE OF BIRTH | FULL NAME OF MOTHER | NAME OF FATHER |
| **SUPPORTING DOCUMENT 4.** | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
| | DATE OF BIRTH | PLACE OF BIRTH | FULL NAME OF MOTHER | NAME OF FATHER |
| **QUALIFYING INFORMATION** | | | | |
| **STATE REGISTRAR'S CERTIFICATION** | I hereby certify that the documentary evidence, abstracted above, has been reviewed and that it substantiates the facts as set forth regarding the registrant. [Rule 51a, Article 4477, Revised Civil Statutes of Texas] | | | |
| | STATE REGISTRAR M Carroll | EVIDENCE REVIEWED BY Bettye J. Millican | DATE FILED OCT 22 1969 | |

8507

STATE OF TEXAS }
COUNTY OF CAMERON }

I do hereby certify this is a true and correct copy of the original filed in my office on the 31ST day of OCTOBER, 19 69 in Volume BEL07 Page 1382

DATE ISSUED: MARCH 8TH, 2000

JOE G. RIVERA COUNTY CLERK
CAMERON COUNTY TEXAS

By _Janie Yanes_ deputy

JANIE YANES

Do not accept unless prepared on security paper with engraved border displaying the official seal and signatures of the issuing agency. Not valid if photocopied. Lamination may void certificate.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Exhibit "D"

CVISPDF – www.fastio.com



# Certificate of Baptism

## Our Lady of Guadalupe Church

1200 EAST LINCOLN STREET
BROWNSVILLE, TEXAS 78521

### ❧ This is to Certify ❧

That _Federico Guzman_

Child of _____

and _Josefine Garcia_

born in _Brownsville - Texas_

on the _1_ day of _March_ , _1959_

was **Baptized**

on the _31_ day of _January_ _1960_

According to the Rite of the Roman Catholic Church

by the Rev. _William Drolet_

the Sponsors being _Pablo Ramon_

_Ma. Magdalena Muña_

as appears from the Baptismal Register of this Church.

Dated _April 13, 2000_

_Rev. Anecimo Figueroa_

Pastor

_By M. Cta. Doc._

NO. 314   F.J. REMEY CO., Inc. MINEOLA, N.Y.

## CERTIFICATE OF SERVICE

I, Noe D. Garza, Jr., do hereby certify that a true and correct copy of the above foregoing

Writ Coram Nobis, has been hand-delivered to the parties listed below:

Ms. Lynn Kirkpatrick
Assistant United States Attorney
600 E. Harrison St.
Brownsville, Texas

Mr. Ralph Garcia
United States Probation Officer
600 E. Harrison St.
Brownsville, Texas

on this 12th day of June, 2000.

Noe D. Garza, Jr.

AFFIDAVIT

STATE OF TEXAS

COUNTY OF CAMERON

     BEFORE ME, the undersigned Notary Public, on this day personally appeared Noe D. Garza, Jr., who, being by me duly sworn on oath deposed and said the following:

     "I am the attorney of record for petitioner in the above-entitled and numbered cause. I have read the attached Petition for Writ of Coram Nobis and swear that all the allegations of fact contained in it are true according to my belief"

_____
Affiant

     SUBSCRIBED AND SWORN TO BEFORE ME on the _____ day of _____, 2000, to certify which witness my hand and official seal.

MARY M. MUÑOZ
Notary Public
State of Texas
My Comm. Exp. 08-07-03

_____
Notary Public in and for
The State of Texas
My commission expires
_____, 2000.