# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| EXPARTE | § | |
| | § | |
| FEDERICO GUZMAN | § | MISCELLANEOUS NO. B-00-025 |
| A.K.A. ERNESTO RIVERA | § | |
| A.K.A. PEDRO QUINTANA GARCIA | § | |
| A.K.A. JOAQUIN ALVAREZ-PEREZ | § | |
| A.K.A. JESUS GARCIA-PEREZ | § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**EVIDENTIARY HEARING**

PLACE:                                                                        ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                          DATE AND TIME:

**AUGUST 4, 2000 AT 9:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 14, 2000

TO:      MR. NOE GARZA, JR.
         MR. RICARDO LARA