5

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| EX PARTE | § |
| | § |
| FEDERICO GUZMAN | § |
| A.K.A. ERNESTO RIVERA | § Misc. No. B-00-25 |
| A.K.A. PEDRO QUINTANA GARCIA | § |
| A.K.A JOAQUIN ALVAREZ-PEREZ | § |
| A.K.A. JESUS GARCIA-PEREZ | § |

## ORDER

This Court, having considered Government's Motion to Strike in the above styled and numbered cause is of the opinion that said motion should be and is hereby

GRANTED / ~~DENIED~~

SO ORDERED this 4TH day of AUGUST, 2000, at Brownsville, Texas.

_____
John Wm. Black
United States Magistrate